# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOIS WILSON

VERSUS

CAPITAL ONE FINANCIAL
CORPORATION D/B/A CAPITAL
ONE BANK, CAPITAL ONE N.A.,
DELMONT VILLAGE ASSOCIATES,
LLC D/B/A DELMONT VILLAGE
SHOPPING CENTER, TRAVELERS
INSURANCE COMPANY, ST. PAUL
FIRE & MARINE INSURANCE
COMPANY, FEDERAL INSURANCE
COMPANY, AND XYZ

NO. 2021 CW 0001

APRIL 22, 2021

---

In Re: Delmont Village Associates, LLC D/B/A Delmont Village
Shopping Center and United States Specialty Insurance
Company, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No.
675062.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT